**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

October 12, 2009

**VIA ECF**
The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:   Fahme v. Central Credit**
       **09 CV 242 (CPS) (RER)**

Dear Magistrate Judge Reyes:

I represent the plaintiff in the above matter. The Court has ordered the parties to provide a status report by October 16, 2009. The parties have settled this matter and an individual FDCPA matter concerning the same parties [09 CV 243 (ILG)]. We agreed to a schedule of payments before Magistrate Judge Pollak which includes the settlement of this matter as well. The second payment will arrive in my office on November 2, 2009. The parties were given until November 13, 2009 to file the stipulation of discontinuance which should be sufficient for this matter as well.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc:   Christina H. Bost Seaton, Esq.