IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ANTHONY FAHME, on behalf of himself and all others similarly situated,

        Plaintiff,

v.

CENTRAL CREDIT SERVICES, INC.,

        Defendant.

COURT FILE NO. 09 CV 0242

---

## STIPULATION TO DISMISS WITH PREJUDICE

**IT IS HEREBY STIPULATED** by and between the undersigned attorneys for the parties listed below that this action is dismissed, with prejudice, with each party to bear its own costs.

Dated: New York, New York
November 4, 2009

| | |
|---|---|
| ADAM J. FISHBEIN<br>ATTORNEY AT LAW | TROUTMAN SANDERS LLP |
| By: _Adam J. Fishbein (AJF)_ | By: _[signature]_ |
| Adam J. Fishbein<br>Adam J. Fishbein, Attorney at Law<br>483 Chestnut Street<br>Cedarhurst, NY 11516<br>(516) 791-4400 (phone)<br>(516) 791-4411 (fax) | Christina H. Bost Seaton<br>TROUTMAN SANDERS LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174<br>(212) 704-6440 (phone)<br>(212) 704-5913 (fax) |
| Attorneys for Plaintiff | Attorneys for Defendant |

SO ORDERED:

Dated: _____

                                                _____
                                                U.S.D.J.