IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ANTHONY FAHME, on behalf of himself and
all others similarly situated,

           Plaintiff,

v.

CENTRAL CREDIT SERVICES, INC.,

           Defendant.

COURT FILE NO. 09 CV 0242

---

## STIPULATION TO DISMISS WITH PREJUDICE

**IT IS HEREBY STIPULATED** by and between the undersigned attorneys for the parties listed below that this action is dismissed, with prejudice, with each party to bear its own costs.

Dated: New York, New York
November 4, 2009

ADAM J. FISHBEIN
ATTORNEY AT LAW

By: _Adam J. Fishbein (AJF)_

Adam J. Fishbein
Adam J. Fishbein, Attorney at Law
483 Chestnut Street
Cedarhurst, NY 11516
(516) 791-4400 (phone)
(516) 791-4411 (fax)

Attorneys for Plaintiff

TROUTMAN SANDERS LLP

By: _[signature]_

Christina H. Bost Seaton
TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6440 (phone)
(212) 704-5913 (fax)

Attorneys for Defendant

SO ORDERED:

Dated: 11/18/09

s/Hon. Raymond J. Dearie
U.S.D.J.